UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:24-CR-274 |
| v. | (Judge Conn.) |
| ELVIS ALFONSO LOPEZ-PEREZ,<br>a/k/a JORGE ROBERTO<br>MONTENEGRO-ESPINOSA,<br>a/k/a ELMER PEREZ,<br>a/k/a JOSE ROLAN QUINTANILLA,<br>Defendant. | |

INDICTMENT

THE GRAND JURY CHARGES:

FILED
HARRISBURG, PA

OCT 02 2024

PER _____
DEPUTY CLERK

COUNT 1
8 U.S.C. § 1326
(Illegal Reentry)

On or about May 28, 2024, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**ELVIS ALFONSO LOPEZ-PEREZ,
a/k/a JORGE ROBERTO MONTENEGRO-ESPINOSA,
a/k/a ELMER PEREZ,
a/k/a JOSE ROLAN QUINTANILLA,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about February 1,

2013, via Douglas, Arizona, without first having obtained permission to reenter the United States as required by law.

All in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

GERARD M. KARAM
UNITED STATES ATTORNEY

FOREPERSON

MICHAEL SCALERA
ASSISTANT U.S. ATTORNEY

Date 10/2/2024